JS - 6/ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| GREGORY TRIANA VILLEGAS, | Case No. CV 12-7102-ODW (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| TIMOTHY BUSBY, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: September 26, 2012

_____
Otis D. Wright, II
United States District Judge